# LAUREN P. BERRET, JD, CPA

Eisner Advisory Group, LLC
130 North 18th Street, Suite 3000
Philadelphia, PA 19103
Phone: (610) 413-8792 | https://www.linkedin.com/in/lberret/
E-mail: lauren.berret@eisneramper.com


## SUMMARY OF QUALIFICATIONS:

Lauren P. Berret is a Managing Director in Eisner Advisory Group's Bankruptcy and Restructuring Services Group with over a decade of experience advising debtors, creditors' committees, trustees, and court-appointed fiduciaries in restructuring and fiduciary matters. Lauren is known for leading stabilization efforts in complex, distressed operations where regulatory oversight, financial uncertainty, and litigation risk converge. Her work reflects a cross-disciplinary approach, combining restructuring strategy, fiduciary advisory, and forensic financial analysis.

## EDUCATION:

**University of Pittsburgh**, Pittsburgh, PA — Apr. 2014
Certificate in Accounting

**Duquesne University School of Law**, Pittsburgh, PA — June 2010
Juris Doctor, *cum laude*

**University of Pittsburgh**, Pittsburgh, PA — Aug. 2007
Bachelor of Science, *cum laude*
Majors: Political Science, Psychology; Minor: Legal Studies

## BAR AND COURT ADMISSIONS:

- Commonwealth of Pennsylvania (admitted Oct. 2010)
- U.S. District Court for the Western District of Pennsylvania (admitted Oct. 2010)
- U.S. Tax Court (admitted May 2013)
- District of Columbia Court of Appeals (admitted Feb. 2018)

## PROFESSIONAL LICENSES:

Certified Public Accountant (CPA)

## PROFESSIONAL EXPERIENCE:

**Eisner Advisory Group, LLC**, Philadelphia, PA
*Managing Director* — Aug. 2025 - Current
*Director* — Aug. 2023 - July 2025
*Senior Manager* — Apr. 2022 - July 2023

- Serve as financial expert for a Chapter 7 Trustee in adversary proceedings involving merchant cash advance agreements, including analysis of reasonably equivalent value and debtor's financial condition.
- Serve as financial advisor to developer and provider of early childhood learning products, including digital content and applications based in New York, NY, in Chapter 11 bankruptcy, leading liquidity, valuation, and plan-related analyses.

- Served as financial advisor to the Chapter 7 Trustee of a prepared meal delivery company, overseeing ongoing financial operations, liquidity management, and estate administration.
- Serve as financial advisor to the court-appointed receiver of a skilled nursing facility in Bridgeton, NJ, providing financial oversight and support in connection with ongoing receivership operations.
- Serve as financial advisor to the court-appointed receiver of a skilled nursing facility in Medford, NJ, including through the sale of the facility and subsequent claims administration.
- Serve as financial advisor to the court-appointed receiver of two 240-bed skilled nursing facilities in Deptford and Hammonton, NJ, directing financial and operational oversight, cash management, and significant receivership matters.
- Serve as financial advisor to 44 affiliated Debtors that formerly operated 19 skilled nursing facilities in Pennsylvania and West Virginia, leading financial and operational matters throughout the Chapter 11 cases, including sale and transition of facilities, liquidity management, financial reporting, and wind-down activities.
- Serve as financial advisor to the court-appointed receiver of a former medical and recreational marijuana company in Lafayette, New Jersey.
- Served as accountant to the assignee in an assignment for the benefit of creditors of a trend jewelry company.
- Served as financial advisor to the court-appointed receiver of a long-term care facility with history of failure to comply with health and safety standards in Andover, NJ. Stabilized operations and oversaw the transfer and relocation of 358 residents.
- Engaged by senior management of a consumer healthcare and beauty company to provide consulting services including performing an independent assessment of company operations, analyzing historical financial information, developing a cash flow and financial projection model, and providing recommendations.
- Engaged to provide sell-side due diligence services to a heating control systems operator and manufacturer in NJ.

**CBIZ Forensic Consulting Group**, New York, NY
*Senior Manager* Jan. 2022 - Apr. 2022
*Manager* Sept. 2020 - Dec. 2021

- Served as financial advisor to the Liquidating Trustee: HGRL Liquidating Trust (Dec. 2021); Advantage Rent A Car Unsecured Creditor Trust (Jan. 2022).
- Served as financial advisor to the Committee of Unsecured Creditors: LRGHealthcare (Oct. 2020); American Purchasing Services, LLC (Jan. 2021); New York Classic Motors, LLC (May 2021).
- Analyzed transactional data and evaluated potential defenses to asserted preference actions filed against a global healthcare supply chain business and its subsidiaries. Prepared multiple expert reports in connection with the defense.
- Engaged as financial advisors to shareholders of beachwear and beach sundry retailer in chapter 11 to evaluate potential claims that might arise in connection with the chapter 11 bankruptcy proceeding, including preference actions and alter ego analysis.

**Baker Tilly Virchow Krause, LLP**, Philadelphia, PA
*Manager* Jan. 2018 - Apr. 2020
*Senior Consultant* July 2016 - Jan. 2018

- Provided financial advisory and consulting services to a litigation trust related to the restructuring of an offshore oil and gas drilling company with over $2 billion in assets.
- Assessed capital adequacy and ability to pay, analyzed sensitivity of integrated financial projection models, and completed industry research related to the restructuring of one of the world's largest offshore oil and gas drilling companies.
- Performed detailed analyses of company projections and assessment of capital adequacy and ability to pay of a large gaming corporation's $18 billion bankruptcy case.
- Conducted a $300,000 fraud investigation on behalf of a global marketing and branding agency.
- Conducted forensic reviews relating to structured finance transactions, including loan file review related to placement of mortgage loans for issuance of RMBS.

**Gleason & Associates, PC**, Pittsburgh, PA
*Staff II Consultant* Sept. 2014 - June 2016
- Provided specialized financial and economic advisory services in practice areas including forensic accounting, personal economic damages, and business valuation.

**Alvernia University**, Reading, PA
*Adjunct Professor of Business* July 2014 - June 2016
- Instructed on subject matters of legal and accounting language, methodology, and concepts. Coursework included Managerial Accounting, Legal Environment, and Corporate Communication.

**Law Office of Lauren P. Berret**, Pittsburgh, PA
*Owner/Attorney* June 2011 - Aug. 2014
- Represented debtors in Chapter 7 and Chapter 13 bankruptcy proceedings.

**Michael Fives & Associates**, Pittsburgh, PA
*Associate Attorney* Sept. 2010 - July 2011
- Represented debtors in Chapter 7 and Chapter 13 bankruptcy proceedings.

**Accomplishments and Honors**:
- Co-Chair of IWIRC Greater Philadelphia Network, 2026 Recipient of The Ryan Award for Outstanding IWIRC Network.
- Selected for inclusion in the American Bankruptcy Institute's 2024 class of "*40 Under 40*" honorees.
- Recipient of Turnaround Management Association 2024 "*Emerging Leader*" Award.
- Selected for inclusion in 2012 Pennsylvania Super Lawyers; listed in Rising Stars, primary area of practice listed as consumer bankruptcy.

**Publications:**
- Served as Guest Editor of the Turnaround Management Association, Journal of Corporate Renewal, September 2025 issue, "*The DEI Discussion—Keeping the Conversation Going*."
- Served as Guest Editor of the Turnaround Management Association, Journal of Corporate Renewal, September 2024 issue, "*The DEI Discussion—Driving Change Through Ongoing Conversations*."

- ABI Financial Advisors and Investment Banking Committee, "*Business Owners Be Aware: Decisions in COVID-19-Related Business Interruption Insurance Disputes Favor the Insurers"* (Apr. 14., 2022) available at: *https://www.abi.org/committee-post/business-owners-be-aware-decisions-in-covid-19-related-business-interruption*
- Journal of Corporate Renewal, "*Getting Creative: Lauren P. Berret*" (Mar. 2021)

**SPEAKING ENGAGEMENTS:**

- Panelist (scheduled), "*Who Runs the Estate: A Guide to Chapter 11 Administrative Roles*," New Jersey State Bar Association, 2026 Bankruptcy and Restructuring Forum (Oct. 29, 2026)
- Panelist, "*Fiduciary Crossroads: Director Duties in the Zone of Insolvency*," IWIRC@ABI 2026 (Apr. 23, 2026)
- Panelist, "*Issues Facing Healthcare Provider Bankruptcy Cases*," Association of the Federal Bar of New Jersey, 2026 William H. Gindin Bankruptcy Bench Bar Conference, (Apr. 17, 2026)
- Panelist, "*The Fair-and-Equitable Standard in Subchapter V: Avoiding or Navigating a Contested Confirmation,*" American Bankruptcy Institute's Annual Spring Meeting (Apr. 25, 2025)
- Panelist, "*Insolvency 2024: A Preview of What Industries are Hot, Bankruptcy Alternatives, and the Future of Third-Party Releases,*" IWIRC at the Shore (Feb. 23, 2024).
- Moderator, "*Pushing Forward in a Post-Affirmative Action Era – a Workshop on the Implications and Strategies for the Ongoing Promotion of DE&I,*" 2023 TMA Annual Conference (Oct. 4, 2023)
- Panelist, "*Small Business Restructuring: Are Rough Waters Ahead?*" 2022 TMA Mid-Atlantic Regional Symposium (June 9, 2022)
- Moderator, "*Education Session: Tips from the Titans,*" 2020 TMA NextGen Leadership Experience (Oct. 28, 2020)
- Panelist, "*Negotiation Strategies,*" IWIRC at the Shore (Mar. 6, 2020)
- Panelist, "*Top Consumer Cases,*" Pennsylvania Bar Institute's 21st Annual Bankruptcy Institute (Sept. 2016)
- Presenter, "*Hanging Your Own Shingle,*" Duquesne University School of Law's Capstone Course (Apr. 2014)
- Panelist, "*Technology to Help Manage and Produce Bankruptcy Documents,*" Pennsylvania Bar Institute's 18th Annual Bankruptcy Institute (Sept. 2013)

**PROFESSIONAL ASSOCIATIONS:**

- Turnaround Management Association (TMA), Member; 2026 TMA Global DE&I Committee
- International Women's Insolvency & Restructuring Confederation (IWIRC), Member; 2026 Finance Committee; Greater Philadelphia Chapter, Co-Chair
- American Bankruptcy Institute (ABI), Member